IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE' ANTONIO RODDY                                                  PETITIONER

v.                              5:06CV00143 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                             RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ADJUDGED this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE